BEFORE THE THIRD DIVISION, JUNE 15, 1967

**No. P67/199.**—Weather-Rite Sportswear and Freedman & Slater, Inc. *v.* United States, protest 61/1254 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JUNE 19, 1967

**No. P67/200.**—Polk's Model Craft Hobbies, Inc. *v.* United States, protests 63/8121, etc. (Los Angeles).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature motors the same in all material respects as those the subject of *James G. Wiley Co., a/c Ungar Electric Tools* v. *United States* (49 Cust. Ct. 199, Abstract 66961); *H. H. Elder & Co. and T.V. Promotions Import Co. et al.* v. *United States* (48 Cust. Ct. 397, Abstract 66651); and *Polks Model Craft Hobbies, Inc., and Meadows Wye & Co., Inc.* v. *United States* (38 Cust. Ct. 422, Abstract 60545), the claim of the plaintiff was sustained.

**No. P67/201.**—C. M. G. Enterprises, Inc. *v.* United States, protest 66/8605 (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.